**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                Case No. _____

**MARTINEZ GARRIGA, MELITZA**             Chapter **13**
*Debtor(s)*

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/08/2016**                               ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **8** = $ **2,000.00**
$ **500.00** x **52** = $ **26,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **28,000.00**

Additional Payments:
$ **8,000.00** to be paid as a LUMP SUM within **56 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**"Commission Income" $1,600 yearly commencing in May/2017**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **36,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,858.00**

Signed: **/s/ MELITZA MARTINEZ GARRIGA**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de Pr**    Cr. _____    Cr. _____
# **8120700207624**    # _____    # _____
$ **4,845.00**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Banco Popular de Pr**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Debtor will pay GENERAL UNSECURED in full (100%), under Chapter 13 Plan.
* Attorney Fee Provision: Trustee will pay Attorney's fees before any claim and after administrative expenses.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after Plan confirmation.
* "Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **Figueroa & Serrano, PSC** _____ Phone: **(787) 744-7699**

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)