IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MELITZA MARTINEZ GARRIGA

DEBTOR

CASE NO 16-06260-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, MELITZA MARTINEZ GARRIGA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated October 5, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to increase the payment Plan base from $36,000 to $41,124 in order to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report (docket #15).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated October 5, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of October, 2016.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:                                                                Case No. 3:16-bk-6260

MARTINEZ GARRIGA, MELITZA                                             Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☒ AMENDED PLAN DATED: **10/05/2016**
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __250.00__ x __8__ = $ __2,000.00__
$ __512.00__ x __52__ = $ __26,624.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __28,624.00__

Additional Payments:
$ __12,500.00__ to be paid as a LUMP SUM within __56 months__ with proceeds to come from:

☐ Sale of Property identified as follows:

☒ Other:
"Commission Income" $2,500 yearly commencing in May/2017

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __41,124.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,858.00__

Signed: _____
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **Banco Popular de P**  Cr. _____  Cr. _____
# 8120700207624         # _____     # _____
$    8,576.06           $ _____     $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☒ Debtor otherwise maintains regular payments directly to:
Banco Popular de P
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Debtor will pay GENERAL UNSECURED in full (100%), under Chapter 13 Plan.
* Attorney Fee Provision: Trustee will pay Attorney's fees before any claim and after administrative expenses.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after Plan confirmation.
* "Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **Figueroa & Serrano, PSC**                    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-06260-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Oct 5 16:32:07 AST 2016 | BANCO POPULAR DE PUERTO RICO -<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Att Services<br>PO Box 192830<br>San Juan, PR 00919-2830 | BADECO<br>PO Box 1717<br>Caguas, PR 00726-1717 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Comenity Bank/Victorias Secret<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Department of Treasury<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| Hillcrest Davidson & A<br>715 N Glenville Dr Ste 4<br>Richardson, TX 75081-2898 | Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Operating Partners CO,LLC<br>Midland Funding, LLC<br>PO Box 194499<br>San Juan, PR 00919-4499 | Osvaldo L. Rodriuez Fernandez, Esq<br>PO Box 71418<br>San Juan, PR 00936-8518 | Pr Telephone<br>PO Box 70239<br>San Juan, PR 00936-8239 |
| Rivera-Munich, Eliza & Hernandez Law Off<br>Lisa M Aponte Valderas, Esq<br>PO Box 364908<br>San Juan, PR 00936-4908 | Security Credit Servic<br>2653 W Oxford Loop<br>Oxford, MS 38655-5442 | Syncb/Amer Eagle<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/JC Penny<br>PO Box 103104<br>Roswell, GA 30076-9104 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MELITZA MARTINEZ GARRIGA<br>BORINQUEN VALLEY 498 CALLE DECIMA<br>CAGUAS, PR 00725 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ARISTIDES FIGUEROA-COLON<br>FIGUEROA & SERRANO, PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Military Star                          (d)RELIABLE FINANCIAL SERVICES, INC.
3911 S Walton Walker Blvd              P.O. BOX 21382
Dallas, TX  75236-1509                 SAN JUAN, PR  00928-1382
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO           End of Label Matrix
MORTGAGE COUNSELING AND BANKRUPTCY (762)  Mailable recipients   25
PO BOX 362708                             Bypassed recipients    1
SAN JUAN PR  00936-2708                   Total                 26
```